May 4, 2018
Dear Judge Brinkema:

I am honestly scared. I'm so worried that you will give up on me and send me back to jail. I'm not writing to you to give excuses for my actions. I just want you to know how ashamed and sorry I am for what I've done. I hate this disease more then you will ever know. I hate when I drink and get no pleasure out of it whatsoever yet I still do it knowing of what it could lead to. I hate letting you and my probation officer down.

This past November-December I got some pretty extensive dental surgery and for the pain was prescribed medication. Honestly I was in a lot of pain and I believed I could control it which of course I could not. I informed my probation officer in the beginning, but I did not tell her how many pills I was getting or that I was relapsing. I felt my life spiraling out of control again. Learning from my past I knew if I continued down this path I would lose everything, so I asked Dr. Thomas for help and she prescribed Suboxone.

Since this past January I have felt more at peace and happier then I've been since this addiction started over ten years ago. My weekly sessions with Michael Lieberman which I started attending on a regular basis in January, I believe plays a significant role in that. My job at PF Chang's is going extremely well and about four weeks ago started my training for manager. More important though my relationship with my son has never been at the point it is today. He is with me every other week now and him being in my life and mine in his has had more of a positive impact then I could explain.

Although things over the past few months have been going better, I know that they have not been good enough, and that you have the right to be angry at me. I know you must be considering jail as a solution and/or consequence. I'm just asking and pleading with you to see how the next month or two will go. I am so close to finding a way out of this and figuring out why I have the addictions that I do. The treatment I am receiving from Michael has brought me closer then I've ever been to an understanding and knowledge of my childhood. I am just asking if you could please let me finish this out and to not give up on my and throw me back in jail. I promise the resources that you are devoting to me are not going to waste.

I know the government states that I demonstrates an unwillingness to follow instructions but that just is not the case. My remote testing has not been perfect but I've submitted over 98% of all my tests on time and alcohol free. My sponsor sat me down when I graduated from the Phoenix house last year and explained to me how difficult my future would be in recovery. He explained to me that with addicts in the beginning of their recovery it's not a matter of if they will relapse, it's a matter of when. I now have a schedule with my testing that I worked out with Kim that will help give me that extra

push to never drink again.  And Michael wants me to attend more sessions (groups and NA), which I am willing to do.

Judge Brinkema over all things are starting to get better and have been for the last few months.  It hasn't been perfect since we talked in February but I am truly making progress that I honestly never thought I could.  I believe in my self today that I will succeed this which is something that I've never had before.  My family has seen the positive changes that have happened this year and are proud of me which is something I haven't felt in a long time.  I know there is still hard work to be done.  I am just asking if you can see that I am on a good path and that I be able to see it through.  I give you my word I will not drink again or use any substance.  If there is so much as a hiccup, no matter how small I will not have any concessions whatsoever with you sending me back to jail.

Sincerely,

Spencer Christian Pastick