

Dear Judge Brinkema,

I'm writing this letter to speak to the exceptional performance and professional demeanor of Mr. Spencer Pastick during his employment here at P.F. Chang's Dulles Town Center. For the purposes of this letter, I will be focusing on his performance as it relates to his most recent rehire date in January of 2018.

I have been the Operating Partner (General Manager) of this location since March of 2017, and I can say with the utmost confidence that Mr. Pastick is far and away our very best Server on a variety of levels. Were you to review the various performance metrics by which we judge the success of our staff, you would always find Spencer at the top of the list. But beyond those impressive numbers, the true value he offers are in the intangibles: He is a role model to younger servers and a natural leader. He displays calm under pressure each and every shift. He is reliable, punctual, and closely models the core values of our company to be Genuine, Curious, Vibrant, Of Service, and A Cut Above. In every conceivable way, Spencer is a true asset.

Spencer has been very forthcoming regarding his current legal troubles, and and my management team and I have been happy to accommodate his needs in any way possible during the past several months. Spencer has been honest about his mistakes, and made known how hard he intends to work to overcome them, both professionally and personally. He has been very diligent about adhering to any curfews imposed throughout the process, and has been equally focused on ensuring he has met all daily court ordered requirements while here at work. He has brought his son Christian in on multiple occasions, and it is clear to any observer that he is a loving, doting father.

Your Honor, I would ask that you carefully consider the facts stated above when making your decision in proceeding forward in this case. Spencer is a talented, caring friend, an exceptional employee, and a loving father. I have full confidence that any discretion you find it prudent to apply would be for the very best. It is my belief that a sentence that involves prolonged confinement would only stunt the great progress Spencer has made, and would be detrimental to his efforts to reestablish a professional career as well as cause hardship as it relates to his role as a wonderful father. If there is anything my management team or I could offer in addition to what is contained in this letter, please don't hesitate to reach out. I will include contact information at the end of this letter.

Respectfully Yours,

Erica Shobe

(703) 421-5540 OR ericashobe@pfchangs.com OR dulles.9867@pfchangs.com

DULLES TOWN CENTER
21078 DULLES TOWN CIRCLE | STERLING, VA 20166 | P 703.421.5540 | F 703.421.5561 | PFCHANGS.COM